UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIA

**FILED**

JUN 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AMEUR MAMMAR
Camp Delta
Washington, D.C. 20355

Petitioner

v.

GEORGE W. BUSH, President of
the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group-JTF-GTMO

Respondents

Leave to file without
Prepayment of Cost **GRANTED**

*Ricardo M. Urbina*

Civil Action No.

CASE NUMBER  1:05CV01233

JUDGE: Royce C. Lamberth

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 06/22/2005

## PETITION FOR WRIT OF HABEAS CORPUS

GUAN-2005-1 0431

GTMO - Cuba Jan. 30th 2005

To THE UNITED STATES COURT  
FOR THE DISTRICT OF CaLUMBIA

AMEUR Mammar  
DETAINE JJJ ICI  
GuanTanamo Naval Base  
CuBA.

I hope this letter finds you well and in good health. I am Ameur Mammar detainee JJJ ICI, an Algerian citizen. I am writting this petition challenging the reason for my detention here in Guantanamo Naval Base - cuba in front of your court.

thank you

Ameur Mammar

**UNCLASSIFIED**