**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

OCT 2 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| AMEUR MAMMAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 05-573 (RJL) |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| AMEUR MAMMAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 05-1233 (RJL) |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Respondents have notified the Court that Guantanamo Bay Detainee ISN 939 has filed petitions for writ of habeas corpus in each of the above-captioned cases. Given the pendency of two cases involving the same petitioner, this Court will dismiss the later-filed case, 05cv1233 (RJL), so that petitioner's case will proceed henceforth as part of 05cv573 (RJL). *See* LCvR 40.3(d).

Accordingly, it is, this ____ day of October 2005, hereby



**ORDERED** that the Clerk's Office close the case of *Ameur Mammar v. Bush,*

05cv1233 (RJL).

**SO ORDERED.**

RICHARD J. LEON
United States District Judge