Nov. 18th 2005.

TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON. DC

FROM AMEUR MAMMAR
CASE NAME: Mammar v. Bush et a
CASE Number: 1:05-CV-1233
RJL

I hope this finds you well and in good health.
I recieved you letter on October 20th 2005 (which was dated on Sep. 01st 2005) and I couldn't understand it as I don't know English very well, and also I don't have a lawyer which I could contact him and let him explain it to me. Even others who understand English very well couldn't understand it, until ICRC (International Comitee of Red Cross) representative came to our Block yesterday (who is Judge) explaned it to me.
For these reasons I ask you to prolonge the periode of 30 days to 60 days or 90 days till I could get a Volunteer lawyer to fallow the case.
Now and for a year I have been writing letters to a Volunteer lawyer But unfortunatly nobody has answered me.
And on Sep. 11th 2005 I sent a letter to the American Bar Association to find me a Volunteer lawyer, But up till this moment I haven't recieve any answer, and I would like to let you know that we are here in Guantanomo Bay behind the Bars in this isolated Island prohibited from any way of communication telephone, E. Mail fax, telex — registred or express Mail — exept the regular Mail which is sometime is too late due to the complicated way.
For the reasons montioned above, I would like your court to do me a favor and give my case exeption and extend the periode of 30 days to 60 days of 90 days Till I could get a Volunteer lawyer to fallow my case, and I will be very thankfull.
Gratedfully
Ameur Mammar

Note: My Language is ARABIC.